UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021
```

SUEZ WATER NEW YORK INC.,

            Plaintiff,

    -v-

E.I. DU PONT DE NEMOURS AND COMPANY;
DUPONT DE NEMOURS, INC. (f/k/a/DOWDUPONT,
INC.); CORTEVA, INC.; and THE CHEMOURS
COMPANY,

            Defendants.

-------------------------------------------------------------------X

20-cv-10731 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court has scheduled oral argument for the three motions to dismiss currently pending in this case. It is hereby ORDERED that the parties are directed to appear for oral argument on Defendants' motions to dismiss for lack of personal jurisdiction, Dkt. Nos. 57, 61, and Defendants' motion to dismiss for failure to state a claim, Dkt. No. 63. The argument shall take place on December 6, 2021 at 2:00 pm in Courtroom 15C of the 500 Pearl Street Courthouse. Members of the public may listen to the argument by dialing into the Court's conference line at 888-251-2909, using the access code 2123101, and following the necessary prompts.

      SO ORDERED.

Dated: November 3, 2021
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge