```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SUEZ WATER NEW YORK INC.,                                          :
:
                Plaintiff,                   :
:    20-cv-10731 (LJL)
    -v-                                                          :
:    ORDER
:
E.I. DU PONT DE NEMOURS AND COMPANY;                               :
DUPONT DE NEMOURS, INC. (f/k/a/DOWDUPONT,                          :
INC.); CORTEVA, INC.; and THE CHEMOURS                             :
COMPANY,                                                           :
:
                Defendants.                  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Oral argument is scheduled for the three motions to dismiss currently pending in this case December 6, 2021 at 2:00 pm in Courtroom 15C of the 500 Pearl Street Courthouse. The Court will hear argument on the motions to dismiss for lack of personal jurisdiction as follows:

- First, from defendants Corteva and DuPont de Nemours on their motion to dismiss for lack of personal jurisdiction, Dkt. No. 57, for 15 minutes, allocated between them as they choose.
- Second, from defendants E.I. du Pont de Nemours and Company and The Chemours Company on their motion to dismiss for lack of personal jurisdiction, Dkt. No. 61, for 15 minutes, allocated between them as they choose.
- Third, from plaintiff in response to defendants' arguments in support of their motions to dismiss for lack of personal jurisdiction for 20 minutes.

      The Court will then hear argument on the motion to dismiss for failure to state a claim. The Court will first hear from defendants for 30 minutes, allocated between them as they choose, then from plaintiffs for 30 minutes. The argument will take place in Courtroom 15C, with the Court observing all S.D.N.Y. COVID-19 protocols.

      SO ORDERED.

Dated: December 1, 2021
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge