```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SUEZ WATER NEW YORK INC.,

                Plaintiff,

    -v-

E.I. DU PONT DE NEMOURS AND COMPANY, *et al.*,

                Defendants.
-------------------------------------------------------------------X

20-cv-10731 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    There is a pending motion to dismiss in this case. The Court will hold oral argument on the motion on November 29, 2022 at 11:00 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse.

    SO ORDERED.

Dated: September 30, 2022
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge