```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
SUEZ WATER NEW YORK INC.,                                    :
:
                Plaintiff,                              :
:     20-cv-10731 (LJL)
    -v-                                                    :
:     ORDER
:
E.I. DU PONT DE NEMOURS AND COMPANY;                         :
DUPONT DE NEMOURS, INC. (f/k/a/DOWDUPONT,                    :
INC.); CORTEVA, INC.; and THE CHEMOURS                       :
COMPANY,                                                     :
:
                Defendants.                             :
:
-------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court received notice that an Order Granting Preliminary Approval of Settlement Agreement has been entered in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, Master Docket No. 2:18-mn-2873-RMG on August 22, 2023 in the United States District Court for the District of South Carolina.

       Accordingly, this case is STAYED. The parties are directed to submit a letter to the Court by October 30, 2023, and every 60 days thereafter, informing the Court whether the stay may be lifted or, in the alternative, whether the case should be dismissed.

       SO ORDERED.

Dated: August 25, 2023
       New York, New York
                                                LEWIS J. LIMAN
                                                United States District Judge