# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SUEZ WATER NEW YORK INC.,                    :

        Plaintiff,                              :

   -against-                                 :

E.I. DU PONT DE NEMOURS AND                  :
COMPANY; and THE CHEMOURS
COMPANY,                                     :

        Defendants.                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No.  20-cv-10731-LJL

Hon. Lewis J. Liman, U.S.D.J.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(c)

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Substitute Pursuant to Federal Rule of Civil Procedure 25(c) is **GRANTED**.  The Clerk of Court is directed to substitute Veolia Water North America, Inc. in the place of SUEZ Water New York Inc. as the plaintiff in the above-captioned action.

Dated:      June 7, 2024
           _____

                                         Hon. Lewis J. Liman
                                         United States District Judge