```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
VEOLIA WATER NEW YORK,                                            :
INC. f/k/a SUEZ WATER NEW                                         :
YORK, INC,                                                        :
                                                                  :      20-cv-10731 (LJL)
                                                                  :
                         Plaintiff,                               :      ORDER
            -v-                                                   :
                                                                  :
EIDP, INC. f/k/a E. I. DU PONT DE                                 :
NEMOURS AND COMPANY,                                              :
                                                                  X
                         Defendant.

------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

   The motion for a protective order at Dkt. No. 154 is granted for the reasons stated in the

order as well as to promote efficiency with respect to the similar action pending in the District of

New Jersey.

   The Court orders that all persons seeking to file redacted documents or documents under

seal with the Court shall follow Rule 2(H) of this Court's Individual Practices in Civil Cases,

which are available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.  No person may file

with the Court redacted documents or documents under seal without first seeking leave to file

such papers.  All persons producing Confidential Discovery Material are deemed to be on notice

that the Second Circuit puts limitations on the documents or information that may be filed in

redacted form or under seal and that the Court retains discretion not to afford confidential

treatment to any Confidential Discovery Material submitted to the Court or presented in

connection with any motion, application or proceeding that may result in an order and/or

decision by the Court unless it is able to make the specific findings required by law in order to

retain the confidential nature of such material.  Notwithstanding its designation, there is no presumption that Confidential Discovery Material will be filed with the Court under seal. The Parties will use their best efforts to minimize such sealing.

All persons are hereby placed on notice that the Court is unlikely to seal or otherwise afford confidential treatment to any Discovery Material introduced in evidence at trial or supporting or refuting any motion for summary judgment, even if such material has previously been sealed or designated as Confidential.

Any Party filing a motion or any other papers with the Court under seal shall also publicly file a redacted copy of the same, via the Court's Electronic Case Filing system, that redacts only the Confidential Discovery Material itself, and not text that in no material way reveals the Confidential Discovery Material.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 154.

SO ORDERED.

Dated: February 25, 2025
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge